UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIP GAINES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **2:16-cv-01364-AKK-TMP** |
| **DR. ROY RODDAM,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on November 17, 2016, recommending that this court dismiss Phillip Gaines's amended complaint, docs. 8; 9, for failure to state a claim upon which relief can be granted. Doc. 10 at 8. Moreover, to the extent Gaines has attempted to allege state law negligence claims, the magistrate judge recommended that this court dismiss such claims without prejudice to Gaines's refiling them in state court, pursuant to 28 U.S.C. § 1367. *Id.* The magistrate judge advised the parties of their right to file specific written objections within fourteen days, *id.*, but no party filed objections within the allotted time period.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED**, and the

recommendation **ACCEPTED**.  Consequently, Gaines's amended complaint, docs. 8; 9, is due to be **DISMISSED**.  The court will contemporaneously enter an order of final judgment in accordance with the foregoing.

    **DONE** the 5th day of December, 2016.

                                               **ABDUL K. KALLON**
                                               UNITED STATES DISTRICT JUDGE